# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sakima Iban Salih El Bey,

    Plaintiff(s),

vs.

Department of Motor Vehicles, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv237

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 20, 2006 Order.

June 20, 2006

FRANK G. JOHNS, CLERK

BY: _____
Cynthia Huntley, Deputy Clerk