UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cv237

| | |
|---|---|
| SAKIMA IBAN SALIH EL BEY, ) | |
| ) | ORDER |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF MOTOR VEHICLES, ) | |
| et al., ) | |
| Defendants. ) | |

This matter is presently before the Court on Plaintiff Sakima Iban Salih El Bey's Motion to Vacate this Court's Order denying his request to proceed *in forma pauperis* and dismissing his case *sua sponte* pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). (Doc. Nos. 8 and 9, respectively). The Court finds that the plaintiff's objections are utterly frivolous, and so his motion will be denied.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's Motion to Vacate be **DENIED**.

Signed: January 24, 2007

Robert J. Conrad, Jr.
Chief United States District Judge

1